NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SONNY DESPOSITO, | : |
| Plaintiff, | : Civil Action No. 14-1641 (FSH) |
| v. | : **MEMORANDUM AND ORDER** |
| STATE OF NEW JERSEY ,et al., | : |
| Defendants. | : |

**HOCHBERG, District Judge**:

IT APPEARING THAT:

1. This matter is before the Court on Plaintiff's filing of a civil complaint. The matter was initially administratively terminated because Plaintiff failed to provide a completed *in forma pauperis* application. The $350 filing fee and $50 administrative fee was later paid on behalf of Plaintiff and the matter was reopened.

2. Subsequently, Plaintiff filed another *in forma pauperis* application. That application was denied because Plaintiff failed to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a)(2).

3. Plaintiff has now filed another request to proceed *in forma pauperis*. [ECF No. 11.] While Plaintiff has attached an account statement, the statement was not certified and did not contain account information for the requisite time period of six months prior to filing the complaint as required by 28 U.S.C. § 1915(a)(2).

1

THEREFORE, it is on this 21st day of November, 2014;

ORDERED that, Plaintiff's request to proceed *in forma pauperis* is hereby DENIED.


                                                s/ Faith S. Hochberg
                                                FAITH S. HOCHBERG
                                                United States District Judge